IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

E&CO. AG,                                              )
                                                       )
            *Plaintiff,*                               )
                                                       )
    v.                                                 )        Case Number 1:23-cv-590-RGA
                                                       )
ZYNC INC. and                                          )
RANA JUNE SOBHANY,                                     )
                                                       )
            *Defendants.*                              )

## DEFAULT JUDGMENT

Upon the motion of e&Co. AG for default judgment against Defendants Zync Inc. and Rana June Sobhany, the Clerk having entered default, and e&Co. AG having presented a Declaration in support for the judgment amount, this Court GRANTS the motion, and

ENTERS JUDGMENT BY DEFAULT against Defendants Zync Inc. and Rana June Sobhany in the amount of €244,500.07 as of January 17, 2024, with interest accruing at the per diem rate of 0.275 percent.

Defendants shall also pay to Plaintiff its reasonable attorneys' fees and costs associated with this action in the amount of $10,433.60 as detailed in the Declaration of Torsten M. Kracht

Pursuant to Federal Rule of Civil Procedure 62(a), execution on this final judgment shall not be stayed.

SO ORDERED this 13ᴺᴰ day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE