IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E&CO. AG, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) C.A. No. 1:23-590-RGA |
| | ) |
| ZYNC INC. and | ) |
| RANA JUNE SOBHANY, | ) |
| | ) |
| *Defendants.* | ) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Plaintiff e&Co AG and Defendants Zync, Inc. and Rana Jane Sobhany, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 5, 2026, the Parties reached a settlement and executed a binding Confidential Settlement and Mutual Release;

WHEREAS, the settlement agreement resolves all claims asserted in the above-captioned action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel and pursuant to all applicable Federal Rule of Civil Procedure, including Rule 41(a), that the above-captioned action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED**.

Dated:  January 16, 2026

KING & SPALDING LLP

*/s/ Theresa Sutton*

Theresa Sutton
245 Lytton Avenue
Suite 150
Palo Alto, CA 94301
Telephone: (650) 422-6751
Email:  tsutton@kslaw.com

**Attorney for Defendant Zync Inc. and Rana June Sobhany**

Respectfully submitted,

PANTICH SCHWARZE BELISARIO & NADEL LLP

*/s/ John D. Simmons*

John D. Simmons (#5996)
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, DE 19803
Telephone:  (302) 394-6001
Email:  jsimmons@panitchlaw.com

**Attorney for Plaintiff e&CO. AG**

SO ORDERED this _____ day of January, 2026

_____
Richard G. Andrews
United States District Judge