IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E&CO. AG,<br><br>     *Plaintiff,*<br><br>     v.<br><br>ZYNC INC. and<br>RANA JUNE SOBHANY,<br><br>     *Defendants.* | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:23-590-RGA<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff e&Co AG and Defendants Zync, Inc. and Rana Jane Sobhany, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 5, 2026, the Parties reached a settlement and executed a binding Confidential Settlement and Mutual Release;

WHEREAS, the settlement agreement resolves all claims asserted in the above-captioned action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel and pursuant to all applicable Federal Rule of Civil Procedure, including Rule 41(a), that the above-captioned action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED**.

Dated:  January 16, 2026                    Respectfully submitted,

KING & SPALDING LLP                         PANTICH SCHWARZE BELISARIO &
                                            NADEL LLP


/s/ Theresa Sutton                          /s/ John D. Simmons

Theresa Sutton                              John D. Simmons (#5996)
245 Lytton Avenue                           Delaware Corporate Center
Suite 150                                   1 Righter Parkway, Suite 220
Palo Alto, CA 94301                         Wilmington, DE 19803
Telephone: (650) 422-6751                   Telephone:  (302) 394-6001
Email:  tsutton@kslaw.com                   Email:  jsimmons@panitchlaw.com

**Attorney for Defendant Zync Inc. and Rana**    **Attorney for Plaintiff e&CO. AG**
**June Sobhany**


SO ORDERED this __20th__ day of January, 2026


                                            /s/ Richard G. Andrews
                                            Richard G. Andrews
                                            United States District Judge